373 A.2d 1123

Commonwealth v. Gibbons, Appellant.

Submitted November 8, 1976. Michael L. Stibich, for appellant; Ralph Kraft, Assistant District Attorney, and D. Gerard Long, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1123

Commonwealth v. Gillespie, Appellant.

Argued November 11, 1976. Nicholas S. Kladitas, with him Michael J. Wherry, Public Defender, for appellant; David B. Douds, Assistant District Attorney, with him Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.